IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FRACTUS, S.A. | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. 2:20-cv-00097-JRG |
| | § | |
| TCL CORP.; TCL COMMUNICATION | § | JURY TRIAL DEMANDED |
| TECHNOLOGY HOLDINGS, LTD.; | § | |
| TCT MOBILE WORLDWIDE, LTD.; | § | |
| AND TCT MOBILE | § | |
| INTERNATIONAL, LTD. | § | |
| | § | |
| **Defendants.** | § | |

### P.R. 4-3 JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Court's Second Amended Docket Control Order (Dkt. No. 54) and Local Patent Rule 4-3, Plaintiff Fractus, S.A. ("Fractus") and Defendants TCL Corp., TCL Communication Technology Holdings, Ltd., TCT Mobile Worldwide, Ltd., and TCT Mobile International, Ltd. ("Defendants" or "TCL") hereby submit their Joint Claim Construction and Prehearing Statement. The claim construction hearing on May 25, 2021 is scheduled to address seven patents: U.S. Patents Nos. 7,394,432 (the "'432 Patent"); 7,397,431 (the "'431 Patent"); 8,941,541 (the "'541 Patent"); 8,976,069 (the "'069 Patent"); 9,054, 421 (the "'421 Patent"); 9,240,632 (the "'632 Patent"); and 9,362,617 (the "'617 Patent").

### I. P.R. 4-3(a) Agreed Claim Constructions

See Exhibit A for the Parties' agreed constructions.

### II. P.R. 4-3(b) Proposed Constructions for Terms in Dispute

See Exhibit B for a chart showing the Parties' proposed construction with intrinsic and extrinsic evidence supporting such constructions. All Parties reserve the right to rely upon any intrinsic or extrinsic evidence identified by any other Party, and any evidence obtained through

1

claim construction discovery. In addition, each Party reserves the right to amend, correct, or supplement its claim construction positions and supporting evidence in response to any change of position by any other party, or for other good cause.

### III. P.R. 4-3(c) Anticipated Length of Time for Claim Construction hearing

The parties propose that each side receive 90 minutes for oral argument on claim construction issues.

### IV. P.R. 4-3(d) Anticipated Witnesses at the Claim Construction Hearing

No party will call any live witnesses at the claim construction hearing. Fractus reserves the right to rely on the written expert testimony of Dr. Stuart Long in the event that: (1) TCL argues certain terms or phrases that are indefinite; or (2) in rebuttal, should TCL rely on the testimony of expert witnesses to support its claim construction. TCL reserves the right to object to any expert testimony proffered by Fractus that was not properly disclosed by the deadline of March 5, 2021 in accordance with P.R. 4-3(b).

### V. P.R. 4-3(e) Other Issues to be Addressed at Claim Construction Prehearing Conference.

The Parties are not aware of any other issues at this time that might be appropriately addressed at a prehearing conference prior to the Claim Construction Hearing.

Dated: March 5, 2021                                Respectfully submitted,

                                                    By: */s/ Max L. Tribble*
                                                        Max L. Tribble
                                                        TX State Bar No. 20213950
                                                        mtribble@susmangodfrey.com
                                                        Joseph S. Grinstein
                                                        TX State Bar No. 24002188
                                                        jgrinstein@susmangodfrey.com
                                                        Justin A. Nelson
                                                        TX State Bar No. 24034766
                                                        jnelson@susmangodfrey.com

Adam Tisdall
TX State Bar No. 24106885
atisdall@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

S. Calvin Capshaw
TX Bar No. 03783900
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
TX Bar No. 05770585
ederieux@capshawlaw.com
**CAPSHAW DERIEUX, L.L.P.**
114 East Commerce Avenue
Gladewater, Texas 75647
Telephone: (903) 845-5770

T. John Ward, Jr.
TX Bar No. 00794818
jw@wsfirm.com
Claire Abernathy Henry
TX Bar No. 24053063
claire@wsfirm.com
**WARD, SMITH & HILL, PLLC**
P.O. Box 1231
Longview, Texas 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

*ATTORNEYS FOR FRACTUS, S.A.*

By: */s/ \* Bradford A. Cangro*
Bradford A. Cangro (Admitted in TXED)
D.C. Bar No 495996
bradford.cangro@pvuslaw.com
**PV Law LLP**
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015
Telephone: (202) 869-4667
Facsimile: (202) 888-3163

*ATTORNEYS FOR TCL CORP. (n/k/a TCL*

***TECHNOLOGY GROUP CORPORATION);
TCL COMMUNICATION TECHNOLOGY
HOLDINGS, LTD.; TCT MOBILE
WORLDWIDE, LTD.; AND TCT MOBILE
INTERNATIONAL, LTD.***

*\* signed with permission*

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff conferred with counsel for Defendants on March 4, 2021, and counsel for Defendants are agreed as to the disposition of the matters raised in this motion.

                                                 */s/ Adam Tisdall*
                                                 Adam Tisdall

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 5th day of March, 2021, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                          By: */s/ Adam Tisdall*
                                                Adam Tisdall