IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FRACTUS, S.A., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:20-CV-00097-JRG |
| | § | |
| TCL CORP., TCL COMMUNICATION TECHNOLOGY HOLDINGS LTD., TCT MOBILE WORLDWIDE, LTD., TCT MOBILE INTERNATIONAL, LTD., | § § § § | |
| | § | |
| *Defendants*. | § | |

## ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Mr. David Keyzer as the Court's technical advisor in the above-captioned matter, with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed. (Dkt. No. 70). The Court is now in receipt of Mr. Keyzer's invoice for services through July 7, 2021 in the amount of **$33,416.93**. It is hereby **ORDERED** that the parties shall promptly pay Mr. Keyzer within **thirty (30) days** of this Order as follows:

    Plaintiff:        $16,708.47

    Defendants:   $16,708.47

    TOTAL:[1]     $33,416.94

**So ORDERED and SIGNED this 16th day of July, 2021.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

---

[1] In the interest of fairness, the Court has rounded each party's share of the payment to the nearest whole cent.