# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FRACTUS, S.A., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:20-CV-00097-JRG |
| § | |
| TCL CORP., TCL COMMUNICATION § | |
| TECHNOLOGY HOLDINGS LTD., TCT § | |
| MOBILE WORLDWIDE, LTD., TCT § | |
| MOBILE INTERNATIONAL, LTD., § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is the Joint Motion to Dismiss with Prejudice (the "Motion") filed by Plaintiff Fractus, S.A., ("Plaintiff") and Defendants TCL Corporation (now known as TCL Technology Group Corporation); TCL Communication Technology Holdings, Limited.; TCT Mobile Worldwide, Limited.; and TCT Mobile International, Limited (collectively, "TCL" or "Defendants") (together with Plaintiff, the "Parties"). (Dkt. No. 148). In the Motion, the Parties move to dismiss all claims between them with prejudice. Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that all claims and counterclaims in the above-captioned action are **DISMISSED WITH PREJUDICE** with each party bearing its own costs and fees. The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 3rd day of January, 2022.**

                                                RODNEY GILSTRAP
                                                UNITED STATES DISTRICT JUDGE